UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TANISHA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-CV-00772 JAR |
| | ) |
| MACY'S RETAIL HOLDINGS, INC., | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Macy's Retail Holdings, Inc.'s unopposed Motion to Compel. (Doc. No. 32). In Interrogatory Number 14, Defendant seeks medical authorizations for prior treatment to the parts of the body Plaintiff claims to have injured in this case and a specific list of the treatment Plaintiff claims to have incurred as a result of the incident in this case.[1] Upon consideration, the motion will be **GRANTED** in part.

Accordingly,

---

[1] Specifically, Defendant's Interrogatory Number 14 asks the following:

> State the names and addresses of all doctors, hospitals, chiropractors, healers, or health care providers who have treated, examined or attended you since the occurrence in question and because of it, and for each listed, please state:
>
> a. The amount of the bill from each such health care provider for services rendered because of the occurrence in question;
>
> b. The number of visits and the specific dates of each visit you have made to each of these health care providers because of the occurrence;
>
> c. The conditions for which you were examined or treated;
>
> d. If you claim that you received a medical examination, care or treatment because of the occurrence mentioned in the petition, please sign and return the attached medical authorization, after inserting the names and addresses of the doctors and hospitals.

1

**IT IS HEREBY ORDERED** that **within ten (10) days** of the date of this Order, Plaintiff shall respond to Defendant's Interrogatory Number 14 and provide medical authorizations for treatment relating to her left knee, ankle, foot and toes for **five (5) years** prior to the fall.

Dated this 7th day of June, 2021.

_____
**JOHN A. ROSS
UNITED STATES DISTRICT JUDGE**